UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
─────────────────────────────────────

SATISPIE, LLC

                Plaintiff,

vs.                       Docket No.: 17-CV-6234 (EAW) (MWP)

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Defendant.
─────────────────────────────────────

## **NOTICE OF MOTION**

| | |
|---|---|
| **Nature of Action**: | Breach of Insurance Contract. |
| **Moving Party**: | Defendant, Travelers Property Casualty Company of America. |
| **Date and Time**: | To be determined by the Court. |
| **Place**: | Kenneth B. Keating Federal Building<br>100 State Street<br>Rochester, New York |
| **Supporting Papers**: | Declaration of Marco Cercone, Esq., executed July 31, 2019, with exhibits, and Memorandum of Law dated July 31, 2019. |
| **Answering Papers**: | Opposing papers, if any, are required to be filed and served pursuant to Court order. Absent a Court order, opposing papers are required to be served pursuant to Local Rule 7(b)(2)(A). Defendant intends to submit reply papers. |
| **Relief Requested**: | An Order granting defendant's motion for summary judgment dismissing plaintiff's entire complaint, or in the alternative, dismissing plaintiff's extra-contractual claims. |

| | |
|---|---|
| **Grounds for Relief**: | Federal Rules of Civil Procedure Rule 56 and case law interpreting same as set forth in the accompanying Memorandum of Law. |
| **Oral Argument**: | Requested. |

Dated: July 31, 2019
       Buffalo, New York

                **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                Attorneys for Defendant
                Travelers Property Casualty Company of America

                By: /s Marco Cercone
                     Marco Cercone, Esq., of Counsel
                     Anthony G. Marecki, Esq., of Counsel
                1600 Liberty Building
                Buffalo, New York 14202
                (716) 854-3400
                cercone@ruppbaase.com
                marecki@ruppbaase.com

**TO:**   **WOODS OVIATT GILMAN LLP**
        Attorneys for Plaintiff
        (Robert D. Hooks, Esq., Of Counsel)
        1900 Bausch & Lomb Place
        Rochester, New York 14614
        (585) 987-2800
        rhooks@woodsoviatt.com